General Complaint

**FILED**
MAY 01 2023
Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

JENNIFER AUDREY DIXON

Case Number: 4:23CV383 SDJ/KPJ

List the full name of each plaintiff in this action.

VS.

FEDERAL BUREAU OF INVESTIGATION
FBI TIKTOK TASK FORCE
FBI PSYCHOLOGICAL WARFARE TEAM

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

(1.) Employ Counsel
2.  Court - Appointed Counsel
3.  Lawyer Referral Service of the State Bar of Texas,
    P. O. Box 12487, Austin, Texas 78711.

B.  List the name(s) and address(es) of the attorney(s):

JENNIFER AUDREY DIXON

C.  Results of the conference with counsel: I HAVE BEEN UNABLE TO SECURE COUNSEL. I WILL BE RERESENTING MYSELF UNTIL I AM ABLE TO FIND COUNSEL.

II. List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes __X__ No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.  Approximate file date of lawsuit: _____

2.  Parties to previous lawsuit(s):

    Plaintiff _____

    Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

    _____

4.  Docket number in other court. _____

5.  Name of judge to whom the case was assigned.
    _____

6.  Disposition: Was the case dismissed, appealed or still pending?

    _____

7.  Approximate date of disposition. _____

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 JENNIFER AUDREY DIXON
9009 GLEN FALLS LANE
DENTON, TX 76210

Pla #2 FEDERAL BUREAU OF INVESTIGATION
425 W NATIONWIDE BLVD #100
COLUMBUS, OH 43215

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: FEDERAL BUREAU OF INVESTIGATION — PARENT ORGINZATION RESPONSIBLE FOR THE TASKFORCE
425 W. NATIONWIDE BLVD #100
COLUMBUS, OH 43215

Dft #2: FBI TASKFORCE CONDUCTING CLANDESTINE OPERATIONS OF TIKTOK. 425 W NATIONWIDE BLVD #100 COLUMBUS, OH 43215

Dft #3 FBI PSYCHOLOGICAL WARFARE TEAM WORKING IN CONJUNTION WITH THE FBI TASKFORG ON TIKTOK
425 W. NATIONWIDE BLVD #100
COLUMBUS, OH 43215

Attach a separate sheet for additional parties.

IV:  Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

THE FEDERAL BUREAU OF INVESTIGATION BASED IN COLUMBUS OHIO SENT A SPECIAL TASKFORCE TO CONDUCT A CLANDESTINE OPERATION WITH WHAT APPEARS TO BE THE PURPOSE OF SCOPING ME FOR NATIONAL SECURITY CONCERS, COLLECTING DIRT, AND HARASSING ME TO INTIMIDATE ME OUT OF WRITING AND PUBLISHING MY FICTION BOOKS. THEIR OPERATIVE AND TASKFORCE WERE AIDED BY A PSYCHOLOGICAL OPERATIONS TEAM TO HARASS AND BULLY ME. THEY MADE MANY THREATS AGAINST ME IN THE FORM OF VIDEOS PUSHED TO ME ON TIKTOK. THEY ALSO INTERFERED DIRECTLY WITH MY LIFE TO INCLUDE ORCHESTRATING THREE HOAX ASSASSINATION ATTEMPTS. THE MAIN REASON FOR THE ASSASSINATION HOAXES WAS DUE TO A GREIVANCE LETTER THAT I WROTE TO SEND TO MY LOCAL FBI FIELD OFFICE DETAILING THEIR HARASSMENT TOWARD ME AS WELL AS REVEALING THEIR ENTIRE CLANDESTINE OPERATION ON TIKTOK.

IV.

(1.) I WAS APROACHED BY AN FBI OPERATIVE ON TIKTOK ON JANUARY 7 2023. SHE ACTIVELY BEGAN TO COURT ME ON 8 FEBRUARY 2023 AND THEN PRETENDED TO BE MY GIRLFRIEND AND SOULMATE. SHE TEXTED AND TALKED TO ME DAILY ON FACEBOOK MESSANGER FOR TWO WEEKS. SHE STARTED BY ASKING ME NATIONAL SECURITY RELATED QUESTIONS, BUT THEN BEGAN TO SAY THINGS WHICH MADE ME BELEIVE SHE WAS INTENTIONALLY TRYING TO CAUSE ME PSYCHOLOGICA DAMAGE. UP UNTIL THAT POINT I HAD BEEN TRYING TO SHOW HER WHO I WAS AND TRYING TO FIGURE OUT WHY SHE HAD APROACHED ME. WHEN SHE BEGAN TO SAY THINGS THAT WERE IMPLIED THREATS TO ME KIDS AND TO MAKE ME PARANOID ABOUT MY SAFETY, I CALLED THE FBI TO REPORT HER.

THE FBI ADVISED BLOCKING HER ON ALL SOCIAL MEDIA.

(2.) AFTER BLOCKING HER, I STARTED TO BE FOLLOWED CLOSELY BY A TASKFORCE OF INDIVIDUALS WHO APPEARED TO BE MILITARY SPECIAL FORCES. THE OPERATIVE HAD ALLUDED TO HER UNHINGED FRIEND ON SEVERAL OCCASIONS AND AT ONE POINT USED THEM TO INTIMIDATE ME. THE TASKFORCE USED INVASIVE SURVEILLANCE TEQNIQUES BY FOLLOWING ME CLOSELY INSIDE STORES AND RESTAURANTS AS WELL AS HAVING STORE SECURITY FOLLOW ME WHEN THE TASKFORCE WAS NOT PRESENT. AT THIS POINT, I STILL HAD NO CLEAR IDEA WHY THE OPERATVE AND TASKFORCE WERE INTERESTED IN ME. I JUST HAD IDEAS AND THEORIES BASE ON THINGS THE OPERATIVE HAD SAID TO ME.

(3.) THE TASKFORE ON THE GROUND EVENTIALLY BACKED DOWN, BUT THE OPERATIVE CONTINUED TO HARRASS AND BULLY ME ON TIKTOK BY DUETING MY FRIENDS

IV:

with threatening videos. She also trolled me in this manner and posted videos that were directed at me containing death threats.

Later, in April 2023, the taskforce was used to conduct three seperate mock assassination attempts/threats against me.

(4.) On 17 March 2023, I received a call from the FBI Fort Worth TX Field Office. I spoke to John Thomas and he set a time to meet. I met with the agent on 23 March. I told him about the operative and that I suspected her and the taskforce were FBI. He confirmed this by questioning me about the same issues she had brought up. Also the agent did not want details about the operative and taskforce. He spent the whole interview asking about me. I deduced from his questioning that the FBI's main concern was my master's thesis and my published and unpublished fiction books. He also vaguely mention people overseas. He asked my kids religion and about my ex husband's character. He also said if anything happened to call the local police.

(5.) After meeting with the agent, I continued to be harrassed by the agent intermittently and I began to notice themed messanging from a group I was adopted by in January 2023. Whenever the operative was expressing something I would get the same messaging from others in this group. One day I overheard them talking about the theme for the day and the group leader quickly changed the subject and pointed out I was in the live session.

(2)

IV. THIS WAS WHEN I REALISED THE ENTIRE GROUP WAS A PSYCHOLOGICA WARFARE TEAM WORKING WITH THE OPERATIVE. WHEN I TRIED BLOCKING THEM, THEY BEGAN DROPPING MESSAGES INTO MY FOR YOU PAGE. THE MESSANGING CONSISTED OF THREATS, INTIMIDATION AND SOMETIMES VIDEOS TO ALTER MY FEELING AND PRECEPTIONS.

(6.) AFTER RECEIVING CONFIRMATION THAT THE GROUP WAS A PSYCHOLOGICA OPERATIONS TEAM TARGETING ME, I WROTE A GRIEVANCE TO MY LOCAL FBI FIELD OFFICE. THIS ACTION PROMPTED A VOLLY OF THREATS FROM THE OPERATIVE AND THE PSYOPS TEAM. I WAS AFRAID TO TOUCH THE DOCUMENT AND EDIT IT AFTER THIS SO ALL I HA WAS A COPY I PRINTED. TWO DAYS LATER ON 23 APRIL 23 I OPENE THE DOCUMENT AGAIN IN ATTEPT TO EDIT IT, AND THE RESPONSE WAS A FRNTIC ATTEMPT BY THE OPERATIVE AND THE PSYOPS TEAM WARNING ME OF AN ATTACH ON MY HOUSE. THE VIDEOS I WAS SHOWN BY THEM WERE DEPICTIONS OF RADIOACTIVE POWDER BEING SPREAD AROUND MY HOUSE. A PLANE WOULD KICK UP THE WIND. I GOT MY KIDS OUT OF THE (24 APR 23) HOUSE BEFORE THEY SAID IT WOULD HAPPEN AND WAS CHASED BY THE TASKFORCE TO THE POLICE STATION. FBI SURVEILLANCE CONTINUED FOLLOWING ME UNTL I WENT TO MY CONGRESSMAN'S OFFICE. I ALSO WAS ABLE TO MAIL THE GRIEVANCE TO MY LOCAL FBI FIELD OFFICE.

(7.)

On 27 April I was once again warned by the PsyOps team of an attack on my home. This time I ignored it until I had heard planes and helicopters over my house for an hour. The warning was that planes would burn a hole through my roof and rain down radiation. When I starte to feel an unexplained burning and heat sensation on my skin, I got my son up and we left the house. Afte dropping my son off with his friend in Dallas, I started to have helicopters and a larg plane follow me. Whenever I was driving with no cars around me the plane flew low over my car. This happened three times but each time I was able to get out of the path by turning onto side roads. I kept driving north with the intention of reaching the federal court house in Sherman Texas.

By the time I reached Allen I was shellshocked by everything happening. I tried to sleep but the task force caught up with me. This time I was given the impression they were pushing me to keep going toward Sherman. Evertime I stopped taskforce members found me but none made an attempt to stop me. I arrived at the courthouse 28 April 23 shortly after 9am and starte filling out papework.

AFTER COMPLETING MOST OF THE PAPERWORK I LEFT TO DO RESEARCH AT THE LIBRARY. I ENDED UP FILING THE PAPERWORK IN PLANO. I WAS UNDER A LOT OF STRESS AT THE TIME SO I TOLD THE CLERK I WOULD RETURN WITH ADDITIONAL INFORMATION.

(4.) I RETURNED HOME AT AROUND 5:30 PM ON 28APR23. I WAS PLANNING ON GETTING SOME SLEEP AROUND 7:30 PM WHEN I STARTED HEARING THE PLANE AND HELICOPTERS OVERHEAD. I OPENED THE DOOR AND SAW THE WIND BEING KICKED UP AROUND MY HOUSE AS THEY HAD WARNED OF IN THE FIRST THREAT ON MY HOUSE. I STARTED FEELING THE HEAT AND BURNING SENSATION ON MY SKIN. I WAS PRETTY CERTAIN THE FIRST TWO ATTACKS WERE HOAXES BY I WAS TWO DAYS WITHOUT SLEEP BY THIS TIME SO I FLED MY HOUSE AGAIN. THIS TIME THE PLANE CAUGHT ME ALONE ON THE HIGWAY WITH NO WAY TO EVADE IT. I ARRIVED AT A HOTEL AND BOOKED A ROOM. BEFORE I HAD A CHANCE TO SETTLE IN, A TASKFORCE MEMBE WALKED IN, TOLD THE EMPLOYEE HE WAS GOING TO THE ROOM, WHICH I KNEW TO BE NEXT TO MINE AND WENT IN THE ELEVATER. HE WAS WEARING A THIN BLUE LINE SWEATER. HE GAVE ME A LOOK AND WALKED OUT THE DOOR. I DID NOT FEEL SAFE SO I LEFT THE HOTEL. I REALIZED I WAS SLEEP DEPRIVED. I HAD THREE DAYS WITHOUT SLEEP.

IV HOWEVER I KEPT DRIVING UNTIL MY FEAR OF RADIATION POISONING LED ME I CALL 911. SOME OF THE PARAMETICS APPEARED TO BE TASKFORCE THE SEEME SURPRISED WHEN I SAID I FILE MY CASE IN PLANO AND NOT SHERMAN.

(9.) IN ADDITION TO THE PSYCHOLOGICAL HARRASSMENT AND TORTURE DETAILED ABOVE, THE FBI TAPERED WITH MY ABILITY TO EARN INCOME BY FLOODING CL FAKE ADS FOR MY PRODUCT TO ABCURE MINE, TAMPERED WITH MY PRINTE SOFTWARE TO RUN OUT MY INK, AND TAMPERED WITH MY VEHICLE TO MAKE IT NOT START. THERE IS ALSO EVIDENCE THEY CALLED BUSINESSES AND POSSIBLY LAWYERS TO ASK THEM NOT TO DO BUSINESS WITH ME. MY MECHANIC WOULD NOT EVEN ATTEMPT TO FIX ME CAR, AND WHEN I BOUGHT MY NEW CAR THEY HAD CALLED THE DEALERSHIP.

(10.) FINALLY I BELEIVE I WAS ORIGINALLY TARGETED BY THE FBI SINCE ONE OF MY BOOK PLOTS IS POSSIBLY TOO CLOSE TO TECHNOLOGY THAT MAY ALREADY EXIST. MY IDEA OF THE TECHNOLOGY IS VERY CLOSE TO THE THREATS THEY USED IN THE HOAX ATTACKS, WHICH IS ANOTHER REASON I WAS FEARFUL OF THE ATTACKS BEING REAL. THEY ALSO MADE ME BELEIVE THEY WERE GESTOPO SECRET POLIC

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

THIS ATTEMPT TO INTIMIDATE ME OUT OF WRITING AND PUBLISHING MY BOOKS HAS BROUGHT PSYCHOLOGICAL HARM TO BOTH ME AND MY CHIDREN. I FELT COMPELLED TO HAVE MY 13 YEAR OLD DAUGHTER MOVE WITH HER FATHER AFTER THE FIRST HOAX ATTACK ON MY HOME. I HAVE ALSO LOST INCOME, LIVESTOCK AND A VEHICLE DUE TO PROBABLE TAMPERING BY THE FBI. I ALSO INCURED MEDICAL BILLS DUE TO PSYCHOLOGICAL TORTURE.

Signed this __1st__ day of __May__, 20__23__.

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __1 May 2023__
Date

9009 Glen Falls Ln
Denton TX 76210

Signature of each plaintiff