UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER AUDREY DIXON, | § § § | |
| v. | § § | Civil Action No. 4:23-cv-383-SDJ-KPJ |
| FEDERAL BUREAU OF INVESTIGATION, ET AL., | § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge previously entered an order and report (the "Report"), (Dkt. #9), containing proposed findings of fact and recommendations that Plaintiff Jennifer Audrey Dixon's ("Plaintiff") Motion to Request a Temporary Restraining Order (the "TRO Motion"), (Dkt. #5), be denied because Plaintiff's factual allegations lack an arguable basis in fact because they are based on a fantastical or delusional scenario. On May 30, 2023, Plaintiff filed Objections, (Dkt. #12), to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objection is without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objections, (Dkt. #12), are **OVERRULED** and the Magistrate Judge's report is **ADOPTED** as the findings and conclusions of the Court.

2

**IT IS ORDERED** that the TRO Motion, (Dkt. #5), is **DENIED**.

**So ORDERED and SIGNED this 29th day of December, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE