THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER AUDREY DIXON | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-383-SDJ-KPJ |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 17, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #20), that Defendant Federal Bureau of Investigation's (the "FBI") Motion to Dismiss, (Dkt. #13), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** the Motion to Dismiss, (Dkt. #13), is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

---

[1] On March 18, 2023, the Clerk of Court mailed the Report to Plaintiff via Certified Mail Return Receipt Requested, which has not yet been delivered. On April 22, 2024, the Clerk of Court resent the Report to Plaintiff via Certified Mail Return Receipt Requested, which was successfully delivered on April 24, 2024. (Dkt. #21).

2

**So ORDERED and SIGNED this 5th day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE